**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**In the matter of the search of the premises located
at 7772 Deercrest Court, Dublin, Ohio**

Case No.  2: 20-mj-454

**Filed Under Seal**

## SEALED MOTION TO SEAL CASE

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that this case be sealed, as evidence in this case may be destroyed and the targets may flee if they become aware of the investigation.

WHEREFORE, the Government respectfully requests that the case be SEALED.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/S. Courter Shimeall
S. COURTER SHIMEALL (0090514)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: courter.shimeall@usdoj.gov