IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In the matter of the search of the premises located at 7772 Deercrest Court, Dublin, Ohio | Case No. 2:20-mj-454<br><br>**Filed Under Seal** |

## ORDER TO SEAL

The Government having moved to seal this case, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that this case be **SEALED** and not be opened until July 31, 2020, unless by further Order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE

Date: June 26, 2020