AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL -2 PM 2:06

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:20-mj-454
the premises located at 7772 Deercrest Court, Dublin, Ohio )
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of    Ohio   
*(identify the person or describe the property to be searched and give its location)*:

7772 Deercrest Court, Dublin, Ohio being a two-story, condominium residence. "7772" is posted to the left of the front door. The front door is green with tan trim around it. The windows have green shutters. The first floor exterior is brick. The second floor exterior is tan vinyl siding.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before    7-10-20    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Any MJ   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    6-26-20 @ 4:44 pm        _____
                                                                 *Judge's signature*

City and state:    Columbus, Ohio        Magistrate Judge Chelsey Vascura
                                                      *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 6/29/2020 | Copy of warrant and inventory left with: NIESHA GRAVES |
| Inventory made in the presence of: SA SAM MILLER | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE ATTACHED DEA 12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/29/2020

TFO _____
Executing officer's signature

TFO ANDREW WURTZ
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Niesha Graves

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 6/29/20

DIVISION/DISTRICT OFFICE
Columbus DO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Notepad | |
| 1 | IPhone | |
| 1 | IPhone | |
| 1 | Mobile Phone | |
| 1 | Lenovo #10110 | |
| 2 | Android | |
| 1 | Documents | |
| 1 | Dell latitude 5491 #3443NF2 | |
| 2 | Flashdrives | |
| 1 | IPhone | |
| 1 | IPAD | |
| 1 | Money Counter | |
| 1 | Packaging Materials | |
| 1 | Documents | |
| 2 | Heat Sealers | |
| 1 | Scale | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
S Miller SA

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
A Wuertz TFO

FORM DEA-12 (9-00) *Previous editions obsolete*